22752

Sam W. JANHRETTE, Appellant v. UNION CAMP PAPER CORPORA-
TION and Liberty Mutual Insurance Company, Respondents.

(358 S. E. (2d) 704)

Supreme Court

*R. Jonathan Hart,* of *Lee and Clark, P.C.,* Savannah, Ga., *for appellant.*

*Ladson F. Howell* and *Audrey P. Peartree,* both of *Howell, Gibson and Boney, P.A.,* Beaufort, *for respondents.*

Heard June 12, 1987.

Decided July 20, 1987.

HARWELL, Justice:

This is a workers compensation case. Appellant attempted to appeal an order of a single commissioner directly to the circuit court. The circuit court dismissed the appeal. We affirm.

We have previously addressed the issue of whether an appeal from a single commissioner's decision can be taken

directly to the circuit court without first being reviewed by the full commission. In *Riddle v. Fairforest Finishing Co.*, 198 S. C. 419, 426, 18 S. E. (2d) 341, 344 (1942), we concluded:

> Thus, it seems to us made plain, that the intention of the legislature was to provide for the disposition of a claim made to the Industrial Commission by the orderly process of a hearing before a single commissioner, or a deputy appointed by the full commission; a review, by the full commission, of the single commissioner's award; an appeal from an award by the full commission to the Court of Common Pleas; and an appeal from the Court of Common Pleas to the Supreme Court.

The holding in *Riddle* was based on sections 58 through 60 of the Worker's Compensation Act of 1935. 1936 S. C. Acts 1259-60. These sections are substantively *identical* to the current code sections which set forth the mechanics for appealing a single commissioner's decision. *See* S. C. Code Ann. §§ 42-17-40 to -60 (1976, as amended). Our prior holding in the *Riddle* case is dispositive of this issue. *See also, e.g., Greer v. Greenville County*, 245 S. C. 442, 141 S. E. (2d) 91 (1965); *Walsh v. U. S. Rubber Company*, 238 S. C. 411, 120 S. E. (2d) 685 (1961); *Wall v. C. Y. Thomason Company*, 232 S. C. 153, 101 S. E. (2d) 286 (1957).

We affirm the circuit court's dismissal of appellant's appeal.

Affirmed.

NESS, C. J., and GREGORY, CHANDLER and FINNEY, JJ., concur.